AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3-14-71451 JSC |
| WEI HUANG | ) | |
| | ) | Charging District: Eastern District of California |
| _Defendant_ | ) | Charging District's Case No. 1:14-CR-00144-LJO |

FILED
NOV 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Robert Coyle Federal Courthouse 1200 Tulare St. FRT. Fresno, CA 93721 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 11/24/14 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11-20-14

_____
Judge's signature

Jacqueline Scott Corley, U.S. Magistrate Judge
_Printed name and title_